**FAEGRE BAKER DANIELS LLP**
TARIFA B. LADDON (Bar No. 240419)
*tarifa.laddon@faegrebd.com*
THEODORE O'REILLY (Bar No. 277675)
*theodore.oreilly@faegrebd.com*
11766 Wilshire Blvd, Suite 750
Los Angeles, CA 90025
Telephone: (310) 500-2090
Facsimile: (310) 500-2091

Attorneys for Defendants
BIOMET, INC.; BIOMET ORTHOPEDICS, LLC and
BIOMET U.S. RECONSTRUCTION, LLC

**KERSHAW COOK & TALLEY PC**
STUART C. TALLEY (Bar No. 180374)
*stuart@kctlegal.com*
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 779-7000
Facsimile: (916) 721-2501

Attorneys for Plaintiff
NANCY R. JORGENSEN

(Additional counsel listed on next page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| NANCY R. JORGENSEN,<br><br>Plaintiff,<br><br>v.<br><br>BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; and BIOMET U.S. RECONSTRUCTION, LLC,<br><br>Defendants. | Case No. 3:18-cv-05566-JST<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: April 09, 2014<br>Date Remanded: September 6, 2018 |

1 **JONES WARD PLC**
ALEXANDER C. DAVIS (Admitted *Pro Hac Vice*)
2 *alex@jonesward.com*
1205 E Washington Street, Suite 111
3 Louisville, KY 40206
Telephone: (502) 882-6000
4 Facsimile: (502) 587-2007

5 Attorneys for Plaintiff NANCY R. JORGENSEN

| | |
|---|---|
| 1 | Plaintiff Nancy R. Jorgensen ("Plaintiff"), together with Defendants Biomet Inc.; Biomet Orthopedics, LLC; and Biomet U.S. Reconstruction, LLC (collectively, "Biomet," and together with Plaintiff, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree to the following: |

Plaintiff Nancy R. Jorgensen ("Plaintiff"), together with Defendants Biomet Inc.; Biomet Orthopedics, LLC; and Biomet U.S. Reconstruction, LLC (collectively, "Biomet," and together with Plaintiff, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree to the following:

WHEREAS on April 9, 2014, Plaintiff filed her Complaint in this action against Biomet.

WHEREAS Plaintiff now seeks to file her First Amended Complaint, which adds no new causes of action.

WHEREAS a copy of Plaintiff's proposed First Amended Complaint is attached hereto as **Exhibit A**.

IT IS HEREBY STIPULATED, by and between the Parties and their respective counsel, that Plaintiff should be granted leave to amend the Complaint and file her First Amended Complaint, a copy of which is attached hereto as **Exhibit A**.

Dated: March 15, 2019

**KERSHAW COOK & TALLEY PC**

By: */s/ Stuart C. Talley*
STUART C. TALLEY

**JONES WARD PLC**

By: */s/ Alexander C. Davis*
ALEXANDER C. DAVIS

*Attorneys for Plaintiff*
Nancy R. Jorgensen

**FAEGRE BAKER DANIELS LLP**

By: */s/ Tarifa B. Laddon* (with permission)
TARIFA B. LADDON
THEODORE E. O'REILLY

*Attorneys for Defendants*
Biomet, Inc.; Biomet Orthopedics, LLC; and Biomet U.S. Reconstruction, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 18, 2019

_____
HON. JON S. TIGAR

1

STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT
CASE NO. 3:18-cv-05566-JST